# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RONNIE FLOW
ADC #097599                                                                    PETITIONER

v.                          No. 3:20-cv-308-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                RESPONDENT

## ORDER

The Court adopts Magistrate Judge Kearney's careful recommendation, *Doc. 12*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Flow's petition is untimely; and he hasn't cleared the high bar for either equitable tolling or actual innocence. His petition will therefore be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 December 2020