IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONNIE FLOW**
**ADC #097599**                                                    **PETITIONER**

v.                          No. 3:20-cv-308-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                **RESPONDENT**

## JUDGMENT

Flow's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 December 2020